**According to the records of Rex Venture Group, LLC, and other related information, the "net winnings" of Scott Simons are $142,194.29 determined as follows:**

| | | a | | | b | | | | c = (b - a) |
| | | Cash Paid In | | | Commission Payments | | | | |
| Date | Username | Bid Purchases | Subscription Payments | Total | RPP "Profit Share" | Non-Subscription Matrix Payment | Subscription Matrix Payments | Total | Net Winnings |
|---|---|---|---|---|---|---|---|---|---|
| 3/16/2011 | ZEEKREWARD | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 4/16/2011 | ZEEKREWARD | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 4/18/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 108.10 | $ - | $ - | $ 108.10 | $ 108.10 |
| 5/2/2011 | ZEEKREWARD | $ - | $ 99.00 | $ 99.00 | $ - | $ - | $ - | $ - | $ (99.00) |
| 5/23/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 180.57 | $ - | $ - | $ 180.57 | $ 180.57 |
| 5/30/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 166.05 | $ - | $ - | $ 166.05 | $ 166.05 |
| 6/4/2011 | ZEEKREWARD | $ - | $ 97.80 | $ 97.80 | $ - | $ - | $ - | $ - | $ (97.80) |
| 6/6/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 223.29 | $ - | $ - | $ 223.29 | $ 223.29 |
| 6/13/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 32.48 | $ - | $ - | $ 32.48 | $ 32.48 |
| 6/20/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 82.45 | $ - | $ - | $ 82.45 | $ 82.45 |
| 6/27/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 202.42 | $ - | $ - | $ 202.42 | $ 202.42 |
| 7/2/2011 | ZEEKREWARD | $ - | $ 99.00 | $ 99.00 | $ - | $ - | $ - | $ - | $ (99.00) |
| 7/4/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 191.37 | $ - | $ - | $ 191.37 | $ 191.37 |
| 7/11/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 142.25 | $ - | $ - | $ 142.25 | $ 142.25 |
| 7/18/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 216.39 | $ - | $ - | $ 216.39 | $ 216.39 |
| 7/25/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 244.74 | $ - | $ - | $ 244.74 | $ 244.74 |
| 8/1/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 212.58 | $ - | $ - | $ 212.58 | $ 212.58 |
| 8/6/2011 | ZEEKREWARD | $ - | $ 69.65 | $ 69.65 | $ - | $ - | $ - | $ - | $ (69.65) |
| 8/8/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 407.77 | $ - | $ - | $ 407.77 | $ 407.77 |
| 8/15/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 494.24 | $ - | $ - | $ 494.24 | $ 494.24 |
| 8/22/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 461.20 | $ - | $ - | $ 461.20 | $ 461.20 |
| 8/29/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 505.06 | $ - | $ - | $ 505.06 | $ 505.06 |
| 9/3/2011 | ZEEKREWARD | $ - | $ 75.18 | $ 75.18 | $ - | $ - | $ - | $ - | $ (75.18) |
| 9/5/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 305.16 | $ - | $ - | $ 305.16 | $ 305.16 |
| 9/12/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 428.94 | $ - | $ - | $ 428.94 | $ 428.94 |
| 9/19/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 494.64 | $ - | $ - | $ 494.64 | $ 494.64 |
| 9/26/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 517.15 | $ - | $ - | $ 517.15 | $ 517.15 |
| 10/3/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 633.40 | $ - | $ - | $ 633.40 | $ 633.40 |
| 10/8/2011 | ZEEKREWARD | $ - | $ 72.50 | $ 72.50 | $ - | $ - | $ - | $ - | $ (72.50) |
| 10/10/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 681.51 | $ - | $ - | $ 681.51 | $ 681.51 |
| 10/17/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 673.97 | $ - | $ - | $ 673.97 | $ 673.97 |
| 10/24/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 909.78 | $ - | $ - | $ 909.78 | $ 909.78 |
| 10/31/2011 | ZEEKREWARD | $ 33.00 | $ - | $ 33.00 | $ 901.37 | $ - | $ - | $ 901.37 | $ 868.37 |
| 11/5/2011 | ZEEKREWARD | $ - | $ 43.07 | $ 43.07 | $ - | $ - | $ - | $ - | $ (43.07) |
| 11/7/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 1,139.17 | $ - | $ - | $ 1,139.17 | $ 1,139.17 |
| 11/12/2011 | ZEEKREWARD | $ 33.00 | $ - | $ 33.00 | $ - | $ - | $ - | $ - | $ (33.00) |
| 11/13/2011 | ZEEKREWARD | $ 33.00 | $ - | $ 33.00 | $ - | $ - | $ - | $ - | $ (33.00) |
| 11/14/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 1,327.09 | $ - | $ - | $ 1,327.09 | $ 1,327.09 |
| 11/15/2011 | ZEEKREWARD | $ 130.00 | $ - | $ 130.00 | $ - | $ - | $ - | $ - | $ (130.00) |
| 11/21/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 1,198.69 | $ - | $ - | $ 1,198.69 | $ 1,198.69 |
| 11/22/2011 | ZEEKREWARD | $ 130.00 | $ - | $ 130.00 | $ - | $ - | $ - | $ - | $ (130.00) |
| 11/23/2011 | ZEEKREWARD | $ 130.00 | $ - | $ 130.00 | $ - | $ - | $ - | $ - | $ (130.00) |
| 11/25/2011 | ZEEKREWARD | $ 130.00 | $ - | $ 130.00 | $ - | $ - | $ - | $ - | $ (130.00) |
| 11/26/2011 | ZEEKREWARD | $ 260.00 | $ - | $ 260.00 | $ - | $ - | $ - | $ - | $ (260.00) |
| 11/28/2011 | ZEEKREWARD | $ 65.00 | $ - | $ 65.00 | $ 1,406.52 | $ - | $ 29.30 | $ 1,435.82 | $ 1,370.82 |
| 12/3/2011 | ZEEKREWARD | $ - | $ 56.00 | $ 56.00 | $ - | $ - | $ - | $ - | $ (56.00) |
| 12/5/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 375.20 | $ - | $ - | $ 375.20 | $ 375.20 |
| 12/12/2011 | ZEEKREWARD | $ 260.00 | $ - | $ 260.00 | $ 1,306.51 | $ - | $ - | $ 1,306.51 | $ 1,046.51 |
| 12/13/2011 | ZEEKREWARD | $ 260.00 | $ - | $ 260.00 | $ - | $ - | $ - | $ - | $ (260.00) |
| 12/16/2011 | ZEEKREWARD | $ 260.00 | $ - | $ 260.00 | $ - | $ - | $ - | $ - | $ (260.00) |
| 12/18/2011 | ZEEKREWARD | $ 390.00 | $ - | $ 390.00 | $ - | $ - | $ - | $ - | $ (390.00) |
| 12/19/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 1,781.57 | $ - | $ - | $ 1,781.57 | $ 1,781.57 |
| 12/26/2011 | ZEEKREWARD | $ - | $ - | $ - | $ 1,032.29 | $ - | $ - | $ 1,032.29 | $ 1,032.29 |
| 1/2/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 1,063.90 | $ - | $ - | $ 1,063.90 | $ 1,063.90 |
| 1/5/2012 | ZEEKREWARD | $ 100.00 | $ - | $ 100.00 | $ - | $ - | $ - | $ - | $ (100.00) |
| 1/9/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 1,183.08 | $ - | $ - | $ 1,183.08 | $ 1,183.08 |
| 1/16/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 1,637.31 | $ - | $ - | $ 1,637.31 | $ 1,637.31 |
| 1/23/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 1,939.00 | $ - | $ - | $ 1,939.00 | $ 1,939.00 |
| 1/30/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 2,485.49 | $ 500.00 | $ 32.70 | $ 3,018.19 | $ 3,018.19 |
| 2/6/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 3,371.90 | $ 88.40 | $ - | $ 3,460.30 | $ 3,460.30 |
| 2/13/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 3,646.10 | $ - | $ - | $ 3,646.10 | $ 3,646.10 |
| 2/20/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 3,231.98 | $ - | $ - | $ 3,231.98 | $ 3,231.98 |

**EXHIBIT B**

|  |  | a | | | b | | | | c = (b - a) |
|---|---|---|---|---|---|---|---|---|---|
|  |  | **Cash Paid In** | | | **Commission Payments** | | | | |
| Date | Username | Bid Purchases | Subscription Payments | Total | RPP "Profit Share" | Non-Subscription Matrix Payment | Subscription Matrix Payments | Total | Net Winnings |
| 2/27/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 3,313.93 | $ 103.08 | $ - | $ 3,417.01 | $ 3,417.01 |
| 3/5/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 3,053.10 | $ 140.00 | $ - | $ 3,193.10 | $ 3,193.10 |
| 3/12/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 4,216.24 | $ 84.00 | $ - | $ 4,300.24 | $ 4,300.24 |
| 3/19/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 3,578.71 | $ 136.00 | $ - | $ 3,714.71 | $ 3,714.71 |
| 3/26/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 4,120.56 | $ 94.50 | $ - | $ 4,215.06 | $ 4,215.06 |
| 4/2/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 4,234.80 | $ - | $ - | $ 4,234.80 | $ 4,234.80 |
| 4/9/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 4,174.00 | $ - | $ - | $ 4,174.00 | $ 4,174.00 |
| 4/16/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 3,886.30 | $ - | $ - | $ 3,886.30 | $ 3,886.30 |
| 4/23/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 4,134.52 | $ 216.20 | $ - | $ 4,350.72 | $ 4,350.72 |
| 4/30/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 3,578.29 | $ 171.00 | $ - | $ 3,749.29 | $ 3,749.29 |
| 5/7/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 243.05 | $ - | $ 170.40 | $ 413.45 | $ 413.45 |
| 5/14/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 2,981.00 | $ 170.80 | $ - | $ 3,151.80 | $ 3,151.80 |
| 5/21/2012 | ZEEKREWARD | $ - | $ - | $ - | $ - | $ 90.60 | $ - | $ 90.60 | $ 90.60 |
| 5/28/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 1,955.48 | $ 52.00 | $ - | $ 2,007.48 | $ 2,007.48 |
| 6/11/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 85.25 | $ - | $ - | $ 85.25 | $ 85.25 |
| 6/18/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 474.00 | $ 2,758.54 | $ - | $ 3,232.54 | $ 3,232.54 |
| 7/2/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 10,905.78 | $ - | $ - | $ 10,905.78 | $ 10,905.78 |
| 7/6/2012 | ZEEKREWARD | $ - | $ - | $ - | $ - | $ 107.80 | $ - | $ 107.80 | $ 107.80 |
| 7/9/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 8,664.87 | $ 765.90 | $ - | $ 9,430.77 | $ 9,430.77 |
| 7/16/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 7,942.78 | $ 174.00 | $ - | $ 8,116.78 | $ 8,116.78 |
| 7/23/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 8,267.19 | $ 337.60 | $ - | $ 8,604.79 | $ 8,604.79 |
| 7/26/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 7,950.89 | $ 50.00 | $ - | $ 8,000.89 | $ 8,000.89 |
| 7/27/2012 | ZEEKREWARD | $ - | $ - | $ - | $ - | $ 24.50 | $ - | $ 24.50 | $ 24.50 |
| 7/30/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 8,579.44 | $ 258.90 | $ - | $ 8,838.34 | $ 8,838.34 |
| 8/14/2012 | ZEEKREWARD | $ - | $ - | $ - | $ - | $ 50.00 | $ - | $ 50.00 | $ 50.00 |
| 8/15/2012 | ZEEKREWARD | $ - | $ - | $ - | $ 5,833.11 | $ 218.30 | $ - | $ 6,051.41 | $ 6,051.41 |
| | **Total** | $ 2,214.00 | $ 632.20 | $ 2,846.20 | $ 139,715.97 | $ 6,592.12 | $ 232.40 | $ 146,540.49 | $ 143,694.29 |

Net Activity: **$ 143,694.29**
Less NxPay Frozen Funds: **$ -**
Less Additional Purchases: **$ 1,500.00**

**Net Winnings:** **$ 142,194.29**