# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,** | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| vs. | )<br>) |
| **TODD DISNER, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; SHARA ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT LLC; LORI JEAN WEBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM;** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **No. 3:14-cv-91** |
| **Defendants.** | )<br>) |

## FINAL JUDGMENT

In accordance with the Court's Order Granting Entry of Final Judgment Against Certain Net Winner Class Members, Final Judgment is hereby entered against each of the class members listed on the following single page attachments in the amounts listed therein, which are comprised of net winnings from the ZeekRewards scheme and prejudgment interest, calculated at the North Carolina statutory rate of 8% per annum from August 17, 2012, which is on or after the date of the last fraudulent transfer payment on which liability is based, to November 29, 2016, the date of the Summary Judgment Order in this action.  See N.C. Gen. Stat. § 24-4, 5 (2001); Doc. #142.  An

index of the individual class members and the amount of the Judgments against them is also attached.

Post-judgment interest shall accrue on the entire Final Judgment, including the award of prejudgment interest, at the rate specified under 28 U.S.C. § 1961 from the date of entry of this Judgment until paid in full.

The Court confirms each amount listed in the attachments is the Final Judgment of the Court against each respective Defendant and hereby authorizes the Receiver to pursue appropriate collection proceedings.

SO ORDERED.

Signed: August 14, 2017

Graham C. Mullen
United States District Judge

**EXHIBIT D**

Case 21-04027  Doc 1-4  Filed 03/31/21  Entered 03/31/21 10:02:53  Desc Exhibit(s) EXHIBIT D  Page 3 of 3
BELL v. DISNER Case No. 3:14-cv-91
INDEX OF FINAL JUDGMENTS

| No. | Name | City | State | ZeekRewards Username | Net Winnings | Pre-Judgment Interest | Total Amount of Final Judgment |
|---|---|---|---|---|---|---|---|
| 5361 | SARAH HAMMON | HILDALE | UT | MIRACLEOF | $1,927.49 | $661.03 | $2,588.52 |
| 5362 | SARAH HARRIS | PARKER | AZ | CAMSAR | $17,140.44 | $5,878.33 | $23,018.77 |
| 5363 | SARAH J. CION | BRONX | NY | SJCION | $38,179.75 | $13,093.78 | $51,273.53 |
| 5364 | SARDORKHON BEKMUKHAMEDOV | ELIZABETH | NJ | SARDOR1 | $2,065.44 | $708.34 | $2,773.78 |
| 5365 | SARINA MEI SZETO | ROSEMEAD | CA | SARINA365 | $27,714.08 | $9,504.57 | $37,218.65 |
| 5366 | SASHA PALACIOS | MIAMI | FL | SASHAPALACIO | $1,192.39 | $408.93 | $1,601.32 |
| 5367 | SASHA PRICE | LITHONIA | GA | DAMNMSSEXY | $4,162.97 | $1,427.69 | $5,590.66 |
| 5368 | SAT PARKASH | JACKSON HEIGHTS | NY | LORDSHIVA | $38,999.34 | $13,374.86 | $52,374.20 |
| 5369 | SATNAM SINGH | FLUSHING | NY | CHOHANGILL | $4,027.62 | $1,381.28 | $5,408.90 |
| 5370 | SAU CHUN YAU | OAKLAND | CA | LOVEWORLD | $3,494.00 | $1,198.27 | $4,692.27 |
| 5371 | SAU KAM TSE | FLUSHING | NY | APPLE8 | $2,328.68 | $798.62 | $3,127.30 |
| 5372 | SAU YUEN CHEN | FRESHMEADOW | NY | SAUYUEN | $38,266.28 | $13,123.45 | $51,389.73 |
| 5373 | SAYSAMONE ACKHAVONG | CHARLOTTE | NC | MONSMONEY | $1,053.00 | $361.13 | $1,414.13 |
| 5374 | SCHILLER LECONTE | MIRAMAR | FL | SCHILLER07 | $6,640.50 | $2,277.36 | $8,917.86 |
| 5375 | SCHOLASTICA MULUH | ODENTON | MD | SCHOLA3 | $2,087.89 | $716.04 | $2,803.93 |
| 5376 | SCOT C TROENDLE | ROCHESTER | NY | SCOTTROENDLE | $33,092.46 | $11,349.09 | $44,441.55 |
| 5377 | SCOTT A. GRIGG | MILFORD | MI | WEALTHANYWHERE | $7,918.49 | $2,715.65 | $10,634.14 |
| 5378 | SCOTT BANNER | KALAMAZOO | MI | MUSTANGSALLY | $1,228.00 | $421.14 | $1,649.14 |
| 5379 | SCOTT BENDER | WINTER PARK | FL | SCOTTBENDERORLANDO | $37,762.07 | $12,950.53 | $50,712.60 |
| 5380 | SCOTT BOLINDER | COALVILLE | UT | DAILYWEALTH | $18,003.06 | $6,174.16 | $24,177.22 |
| 5381 | SCOTT BRYCE | LAS VEGAS | NV | BANDMAN | $4,007.10 | $1,374.24 | $5,381.34 |
| 5382 | SCOTT C WILSON | BRONX | NY | SALDEE40 | $3,964.62 | $1,359.67 | $5,324.29 |
| 5383 | SCOTT COOK | ST. PETERSBURG | FL | SCOOK1701 | $2,136.34 | $732.66 | $2,869.00 |
| 5384 | SCOTT COOK | GILBERT | AZ | COOKKIDS | $1,247.48 | $427.82 | $1,675.30 |
| 5385 | SCOTT E HEER | LAMBERTVILLE | MI | ZEEKGEEK2 | $133,131.90 | $45,657.69 | $178,789.59 |
| 5386 | SCOTT GROGAN | CINCINNATI | OH | WELCOMETO | $7,983.64 | $2,738.00 | $10,721.64 |
| 5387 | SCOTT HALL | GREENVILLE | OH | SHALL | $76,242.21 | $26,147.33 | $102,389.54 |
| 5388 | SCOTT HARPER | ST. PETE | FL | CASHBIDS | $9,038.56 | $3,099.78 | $12,138.34 |
| 5389 | SCOTT HIMEL | DENTON | TX | HIMELS | $10,144.27 | $3,478.99 | $13,623.26 |
| 5390 | SCOTT L EDGELL | NEWARK | DE | SCOTTE | $21,681.71 | $7,435.76 | $29,117.47 |
| 5391 | SCOTT M. HAEN | COLLEGE PLACE | WA | SMHAEN | $25,570.48 | $8,769.42 | $34,339.90 |
| 5392 | SCOTT MCDANIEL | BEND | OR | IMMTRADER | $17,708.50 | $6,073.14 | $23,781.64 |
| 5393 | SCOTT MILLER | GREENWOOD | IN | SCOTTMILLER | $291,486.00 | $99,965.36 | $391,451.36 |
| 5394 | SCOTT N. DAVIS | HOWE | ID | TOBEXMEN | $3,723.53 | $1,276.99 | $5,000.52 |
| 5395 | SCOTT NGUYEN | GARDEN GROVE | CA | EXODUS1 | $10,228.97 | $3,508.03 | $13,737.00 |
| 5396 | SCOTT SIMONS | COON RAPIDS | MN | ZEEKREWARD | $142,194.29 | $48,765.65 | $190,959.94 |
| 5397 | SCOTT STEPHENS | COEUR D ALENE | ID | FUN4ALL | $14,186.14 | $4,865.15 | $19,051.29 |
| 5398 | SCOTT SWINNEA | HARLINGEN | TX | RSS35 | $4,887.60 | $1,676.21 | $6,563.81 |
| 5399 | SEAN C. BURRIS | UNIVERSITY CITY | MO | AMNALEHU | $4,138.54 | $1,419.32 | $5,557.86 |
| 5400 | SEAN CONLEY | LAHAINA | HI | 808SEAN | $2,350.12 | $805.98 | $3,156.10 |
| 5401 | SEAN CRUM | LAKESIDE | MT | RESULTS | $26,666.21 | $9,145.20 | $35,811.41 |
| 5402 | SEAN FABER | SEBRING | FL | TAOTEGAMBIT | $5,857.79 | $2,008.93 | $7,866.72 |
| 5403 | SEAN MANZANO | LANCASTER | CA | SDMANZANO | $12,527.18 | $4,296.21 | $16,823.39 |
| 5404 | SEAN MCCOY | ANAHEIM | CA | NSMARKETING | $3,621.32 | $1,241.93 | $4,863.25 |
| 5405 | SEBASTIAN QUINTERO | BAKERSFIELD | CA | CARDNAL98 | $43,806.95 | $15,023.63 | $58,830.58 |
| 5406 | SEEMA ARORA | BROOKLYN | NY | AAZOO | $19,473.10 | $6,678.32 | $26,151.42 |
| 5407 | SEFO FEESAGO | POMONA | CA | PALEPA | $19,540.08 | $6,701.29 | $26,241.37 |
| 5408 | SEGER SIPE | BRADENTON | FL | SEAMAN2010 | $25,936.27 | $8,894.87 | $34,831.14 |
| 5409 | SEGILOLA OLADELE | ANTHEM | AZ | SEGI | $1,338.07 | $458.89 | $1,796.96 |
| 5410 | SEGUN AKINDOLIRE | BOWIE | MD | DSAZION | $4,486.42 | $1,538.62 | $6,025.04 |
| 5411 | SELETA NELSON | MIAMI BEACH | FL | ZANGELZ | $7,188.11 | $2,465.17 | $9,653.28 |
| 5412 | SENG LEE | BROOKLYN PARK | MN | DIAMONDRING | $2,709.72 | $929.30 | $3,639.02 |
| 5413 | SENG YANG | SAINT PAUL | MN | TRUEMIRACLE | $2,479.81 | $850.45 | $3,330.26 |
| 5414 | SEONG C LEOW | FLUSHING | NY | SLEOW44 | $1,468.31 | $503.56 | $1,971.87 |
| 5415 | SEONG KIM | FORT LEE | NJ | DIAMOND4YOU | $2,249.94 | $771.62 | $3,021.56 |
| 5416 | SEONG KIM | ENGLEWOOD CLIFFS | NJ | SIMPLE01 | $3,010.38 | $1,032.41 | $4,042.79 |
| 5417 | SEONGTAE KIM | FORT LEE | NJ | GOLD4YOU | $15,043.49 | $5,159.18 | $20,202.67 |
| 5418 | SERGE BOZIEUX | LAKE WORTH | FL | TAILORPRO1 | $3,323.69 | $1,139.86 | $4,463.55 |
| 5419 | SERGEY CHEKMENYOV | BROOKLYN | NY | BIGWELL | $7,040.59 | $2,414.58 | $9,455.17 |
| 5420 | SERGEY VARIVODA | OREGON CITY | OR | WESTCOAST | $5,797.48 | $1,988.25 | $7,785.73 |
| 5421 | SERGHEI RAILEAN | TACOMA | WA | COBZA | $1,860.96 | $638.22 | $2,499.18 |
| 5422 | SERGIO REY | MIAMI | HI | SERGIO24 | $1,907.65 | $654.23 | $2,561.88 |
| 5423 | SERGIO RODRIGUEZ | ORLANDO | FL | VISION59 | $1,627.17 | $558.04 | $2,185.21 |
| 5424 | SETH HAMMON | CENTENNIAL PARK | AZ | 3TEAM | $3,920.11 | $1,344.40 | $5,264.51 |
| 5425 | SEVEY LEE | FREMONT | CA | USCA99 | $14,850.46 | $5,092.98 | $19,943.44 |
| 5426 | SEYOON KIM | FLUSHING | NY | SEYOON777 | $58,864.24 | $20,187.54 | $79,051.78 |
| 5427 | SHAHED AHMAD | BELLEROSE | NY | FLASHBAQ86 | $1,671.07 | $573.09 | $2,244.16 |