# Substitution of Attorney Form
### (for use by attorney leaving law firm **only**)

In Re:                       )
                             )       **Notice of Substitution of Attorney**
ALL CASES             )
                             )

__Jonathon D. Nelson__ and _____ withdraw and substitute
(name of departing firm attorney)   (departing attorney's firm)

__Ryan J. Hatton__ to the cases noted below:
(name of assigned firm attorney)

Check one:

☒    All cases are being retained by the firm, to be handled by the substituted attorney named above. A list of cases is not required; or -- List of Cases is attached per Jamie.

☐    Cases in the attached list are to be retained by the firm, to be handled by the substituted attorney named above. A list of these cases is attached (please reference in the caption "AS PER ATTACHED LIST").

This procedure affects both open and closed cases, and requires the signatures of the departing firm attorney and the new firm attorney. Only the attorney under whose password the document is submitted may sign this document electronically. See Local Rule 9011-4(f).

Submit this form with the Notice of Withdrawal and Substitution of Counsel event under the "other case events" menu.

/s/Jonathon D. Nelson                                    /s/Ryan J. Hatton
(Signature of departing attorney)                   (Signature of new attorney)

Jonathon D. Nelson (#399359)                    Ryan J. Hatton (#310803)
nels9386@gmail.com                                    GURSTEL LAW FIRM, P.C.
920/257-9511                                                  r.hatton@gurstel.com
                                                                        763/267-6887

DATED: September 20, 2021.                     DATED: September 20, 2021.

**List of Active Bankruptcy Cases**:

(Adv# 20-4144) Nationwide Judgment Recovery Inc. v. Anthony Allyn Simons – <u>counsel for Plaintiff</u>

(Adv# 21-04027) NATIONWIDE JUDGMENT RECOVERY, INC. v. Scott Simons – <u>counsel for Plaintiff</u>

(Bankruptcy# 21-40380) In re Karen Ann Woyak – <u>counsel for Creditor Commerce Bank</u>