UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scott Allyn Simons,

    Debtor.

BKY 20-40631

-------------------------------------------------------

Nationwide Judgment Recovery, Inc.,

    Plaintiff,

v.

Scott Allyn Simons,
Aka ZeekRewards,

    Defendant.

ADV 21-04027

**JUDGMENT**

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Kathleen H. Sanberg, United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged: Judgment in favor of Defendant on Count 1 of the Complaint will be Granted..

| | |
|---|---|
| Dated: November 9, 2021 | Tricia Pepin |
| At: Minneapolis, Minnesota | Clerk of Bankruptcy Court |

By:   /e/ Heidi Jackson
_____
Heidi Jackson
Deputy Clerk