IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br>SCOTT ALLYN SIMONS,<br>                              Debtor. | Bk. No. 20-40631 |
| NATIONWIDE JUDGMENT RECOVERY, INC.,<br>                              Plaintiff<br>  vs.<br>SCOTT ALLYN SIMONS<br>aka ZEEKREWARDS,<br>                              Defendant. | CHAPTER 7<br><br>Adv. No. 21-04027 |

## NOTICE OF APPEAL

Nationwide Judgment Recovery, Inc. ("Nationwide"), Plaintiff in the above-named adversy proceeding, appeals under 28 U.S.C. § 158(b) from this Court's Judgment (Docket No. 20, entered November 9, 2021), and Order, (Docket No. 18, entered November 9, 2021) granting the Motion for Summary Judgment of Defendant, Scott Allyn Simons. This appeal shall be heard by the 8th Circuit Bankruptcy Appellate Panel pursuant to 28 U.S.C. § 158(b)(2)(5).

Pursuant to Fed. R. Bankr. P. 8004, Nationwide respectfully requests the Clerk of this Court to serve notice of this appeal to counsel of record of each party other than the appellant, and to the United States Trustee. The names of all parties to the order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Appellant**:

Nationwide Judgment Recovery, Inc.

**Counsel for Appellant:**

Julie K. Swedback
SWEDBACK LAW, PLLC
209 Churchill St. W.
Suite 105
Stillwater, MN 55082
Telephone: (651) 321-3001

**Appellee**:

Scott A. Simons

**Counsel for Appellee**:

Nathan Myrum Hansen, Esquire
Nathan M. Hansen, Attorney at Law
2440 N. Charles Street
Suite 242
North St. Paul, MN 55109
Telephone: (651) 704-9600

**Chapter 7 Trustee**:

Nauni Jo Manty
Manty & Associates PA
150 South Fifth Street
Suite 3125
Minneapolis, MN 55402
(612) 465-0990


**U.S. Trustee**:

U.S. Trustee
1015 US Courthouse
300 S. 4th Street
Minneapolis, MN 55415
(612) 334-1350

                                        By: */s/ Julie K. Swedback*
                                               Julie K. Swedback, Bar #241295
                                               SWEDBACK LAW, PLLC
                                               209 Churchill St. W.
                                               Suite 105
                                               Stillwater, MN  55082
                                               Telephone: (651) 321-3001
                                               Facsimile: (651) 333-4901
                                               Email: julie@swedbacklaw.com

Dated: November 23, 2021