# United States Bankruptcy Appellate Panel
### *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, 24th Floor
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Panel Clerk*

VOICE (314) 244-2430
www.ca8.uscourts.gov

November 29, 2021

Ms. Julie K. Swedback
SWEDBACK LAW PLLC
Suite 105
209 Churchill Street, W.
Stillwater, MN

      RE:   21-6013   Nationwide Judgment Recovery v. Scott Simons

Dear Counsel:

      We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States Bankruptcy Court. In accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Appellate Panel for the Eighth Circuit, this appeal has today been assigned the docket number indicated.

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at:
    https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form by going to our web site, clicking on "Bankruptcy Appellate Panel" from the menu on the left, then clicking on "Panel Forms". The Panel's Local Rules and Internal Operating Procedures may also be downloaded from our website, which may be found at: http://www.ca8.uscourts.gov.

      A briefing schedule has been issued in this case and is being sent by separate transmission.

                                               Michael E. Gans
                                               Panel Clerk

CAH

cc:    Mr. Nathan Myrum Hansen
        Mr. Robert B. Raschke
        Ms. Lori A. Vosejpka

      Bankruptcy Court Case Number(s):   21-04027

**Caption For Case Number: 21-6013**

In re: Scott A. Simons

    Debtor

------------------------------

Nationwide Judgment Recovery, Inc.

    Plaintiff - Appellant

v.

Scott A. Simons

    Defendant - Appellee

**Addresses For Case Participants:  21-6013**

Ms. Julie K. Swedback
SWEDBACK LAW PLLC
Suite 105
209 Churchill Street, W.
Stillwater, MN

Mr. Nathan Myrum Hansen
Suite 242
2440 Charles Street
Saint Paul, MN  55109

Mr. Robert B. Raschke
U.S. TRUSTEE'S OFFICE
Region 12 District of Minnesota
1015 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55402-0000

Ms. Lori A. Vosejpka
U.S. BANKRUPTCY COURT, MINNESOTA
Clerk's Office
301 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000