**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Scott Allyn Simons
Debtor(s)

Case No.: 20–40631
Chapter 7
Adv. Proc. No. 21–04027

NATIONWIDE JUDGMENT RECOVERY, INC.
Plaintiff

v.

SCOTT A SIMONS
Defendant

**Notice of Filing of Transcript**
**and of Deadlines Related to Restriction and Redaction**

A transcript of the proceeding held on 08/10/21 was filed on 11/19/21. The following deadlines apply:

The parties have until 11/29/21 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is 12/10/21.

If a request for redaction is filed, the redacted transcript is due 12/20/21.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/17/22 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber J & J Court Transcribers, Inc – Jim Bowen 609–586–2311 or you may view the document at the clerk's office public terminal.

Dated: 12/2/21

Tricia Pepin
Clerk, United States Bankruptcy Court

By: Kathy
Deputy Clerk

mnbntrdl 10/16